UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOC H. NGUYEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN VALENDER,<br><br>　　　　　Defendant. | No.  2:24-cv-02923-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 3) |

　　　　Plaintiff Quoc H. Nguyen is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 30, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to state any cognizable legal claim against any defendant. (Doc. No. 3.) Further, the magistrate judge found "the complaint consists entirely of disconnected statements with no discernable meaning," and "[t]he contents of the complaint are sufficiently unintelligible as to make it clear that leave to amend in this case would not be fruitful." (*Id.* at 3.) Accordingly, the magistrate judge recommended that Plaintiff's complaint be dismissed without leave to amend. (*Id.* at 4.)

　　　　Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.*

1

at 4.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 30, 2024 (Doc. No. 3) are adopted in full;
2. This action is dismissed, without leave to amend, due to Plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2024**

Dena Coggins
United States District Judge

2